IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

B.B., A CHILD,

      Petitioner,

v.                                           Case No.  5D17-2292

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed August 4, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

Robert Wesley, Public Defender, Orlando,
and, Anthony Elliot, Assistant Public
Defender, Orlando, for Petitioner.

No appearance for Respondent.


PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the June 5, 2017, judgment and sentence, in Case No. 2016-CJ-5033-O, in the Circuit Court in and for Orange County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).


PETITION GRANTED.


SAWAYA, TORPY and EDWARDS, JJ., concur.